# Case # 2018CV311198 - Trade Winds Transport LLC, and Eric Grace VS. Ru…

## Envelope Information

**Envelope Id**
4254054

**Submitted Date**
7/3/2019 2:38 PM EST

**Submitted User Name**
uzma_wiggins@gand.uscourts.gov

## Case Information

**Location**
Fulton - Superior - EJ7

**Category**
Civil

**Case Type**
DAMAGES

**Case Initiation Date**
10/1/2018

**Case #**
2018CV311198

**Assigned to Judge**
DUNAWAY, ERIC

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
ORDER

**Filing Description**
Order Remanding Case to Superior Court of Fulton County

**Filing Status**
Submitting

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 1-18-cv-5154 order remanding case re fradulent joinder.pdf | ORDER | | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Not Sent | Richard B. North | Nelson Mullins Riley & Scarborough LLP | No | Not Opened |
| Not Sent | Carrie J Brown | | No | Not Opened |
| Not Sent | Robert David Arkin | Arkin.Law | No | Not Opened |
| Not Sent | Lisa Rast | | No | Not Opened |
| Not Sent | Ben Davila | | No | Not Opened |

**Filing Type**

**Filing Code**

EFileAndServe    ORDER

**Filing Description**
Order Remanding Case to Superior Court of Fulton County

**Filing Status**
Submitting

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 1-18-cv-5154 order remanding case re fradulent joinder.pdf | ORDER | | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Not Sent | Carrie J Brown | | No | Not Opened |
| Not Sent | Robert David Arkin | Arkin.Law | No | Not Opened |
| Not Sent | Lisa Rast | | No | Not Opened |
| Not Sent | Ben Davila | | No | Not Opened |
| Not Sent | Richard B. North | Nelson Mullins Riley & Scarborough LLP | No | Not Opened |

## Parties with No eService

**Name**
Trade Winds Transport LLC

**Address**
505 El Redondo Avenue #A Redondo Beach California 90277

**Name**
Eric Grace

**Address**
505 El Rondo Avenue #A Redondo Beach California 90277

**Name**
Rush Enterprises, Inc.

**Address**
555 IH 35 South Suite 500 New Braunfels Texas 78130

**Name**
Rush Truck Centers of Georgia, Inc.

**Address**
Corporation Service Company 40 Technology Parkway South #300 Norcross Georgia 30092

**Name**
Rush Truck Centers of Florida, Inc.

**Address**
Corporation Service Company 40 Technology Parkway South #300 Norcross Georgia 30092

**Name**
Interstate Creations LLC

**Address**
3658 SE 58th Avenue Ocala Florida 34480

**Name**
Navistar, Inc.

**Address**
CT Corporation Systems 208 Lasalle Street, Suite 814 Chicago Illinois 60604

**Name**    **Address**

Troy Clarke    Navistar, Inc. 2701 Navistar Drive Lisle Illinois 60532

**Name**    **Address**
William "Rusty" Maurice Rush    Rush Enterprises Inc. 555 IH 35 South, Suite 500 Braunfels Texas 78130

**Name**    **Address**
Douglas Shields    Rush Enterprises, Inc. 555 IH 35 South, Suite 500 New Braunfels Texas 78130

**Name**    **Address**
Dennis King    Rush Truck Centers 5175 Beaver Street Jacksonville Florida 32254

**Name**    **Address**
Will Newman    Rush Truck Center 2560 Moreland Avenue Atlanta Georgia 30315

**Name**    **Address**
Christopher Venti    3611 SE 58th Ave Ocala Florida 33480

**Name**    **Address**
Joshua Venti    3611 SE 58th Avenue Ocala Florida 34480

# Fees

**ORDER**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| **Filing Total:** | **$0.00** |

**ORDER**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| **Filing Total:** | **$0.00** |

Total Filing Fee    $0.00
**Envelope Total:** $0.00
*Waiver selected*

**Party Responsible for Fees**    Rush Enterprises, Inc.
**Payment Account**    Clerk, U.S. District Court, No…
**Filing Attorney**    James Hatten

© 2019 Tyler Technologies
Version: 2018.1.1.8035